UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. SA-24-CR-00270-OLG |
| | ) |
| ABRAHAM TERRAZAS, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ADVISORY TO THE COURT REGARDING FORFEITURE

COMES NOW the United States of America, Plaintiff, by and through the United States Attorney for the Western District of Texas, and files this Advisory to the Court Regarding Forfeiture. The United States respectfully advises the Court as follows:

**I.**

On June 5, 2024, an Indictment (Doc. 3) was returned against Defendant ABRAHAM TERRAZAS, in the instant criminal case. Said Indictment included a Notice of United States of America's Demand for Forfeiture which sought the forfeiture of Specific Properties, namely:

1. **Century Arms International; Model: RAS47; Caliber: 762; Type: Rifle; serial number RAS47075896;**
2. **Maverick Arms; Model: 88; Caliber: 12; Type: Shotgun; serial number MV0155928;**
3. **Smith & Wesson; Model: M&P 15-22; Caliber: 22; Type: Rifle; serial number DFA6506;**
4. **HS Produkt(IM Metal); Model: Hellcat; Caliber: 9; Type: Pistol; serial number BB149118;**
5. **Smith and Wesson Model: CSX; Caliber: 9; Type: Pistol; serial number SEA8270;**
6. **Keltec, CNC Industries, INC.; Model: PMR-30; Caliber: 22; Type: Pistol; serial number WYP809;**
7. **Sig Sauer; Model: P322; Caliber: 22; Type: Pistol; serial number 73A121636;**
8. **Walther; Model: CCP M2; Caliber: 380; Type: Pistol; serial number WM029448;**
9. **Ruger; Model: Ruger-57; Caliber: 57; Type: Pistol; serial number 643-85594;**
10. **Browning; Model: Black Model 1911-22; Caliber: 22; Type: Pistol; S/N: 51eyy51751;**
11. **Bersa; Model: Thunder 380; Caliber .38; Type Pistol; serial number L22853; and**
12. **Any and all firearms, ammunition, machinegun conversion devices, and/or**

**accessories involved in or used in the commission of the criminal offenses,** hereinafter referred to as the Subject Properties.

## II.

The United States advises this Court that items One through Ten of the Subject Properties have been administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms and Explosives, and item Eleven of the Subject Properties was recovered in Mexico therefore not in federal custody and will not be judicially pursued. The United States hereby advises the Court that it will not seek judicial forfeiture of any property in the instant criminal case.

Respectfully submitted,

MARGARET F. LEACHMAN
Acting United States Attorney

By:   /s/
RAY A. GATTINELLA
Assistant United States Attorney
Texas Bar No. 00798202
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7040
Fax: (210) 384-7045
Email: Ray.Gattinella@usdoj.gov

Attorneys for the United States of America

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 20, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to counsel of record.

/s/
RAY A. GATTINELLA
Assistant United States Attorney